**15CV 0794**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Anthony E Gault

_(In the space above enter the full name(s) of the plaintiff(s).)_

-against-

NYPD / NEW York City Police
City and State of NEW York Food Stamps / Medical
City and State Fair hearing receptions of NEW York
14 Boerum Place administrated fair hearing
Macdonalds organization / Corporation,
Dunken Donuts Organization / Corporation
Brooklyn Criminal Court District attorney office
security for 14 Boerum Place Brooklyn N.Y.,
administrative Fair hearing at 14 Boerum Place

_(In the space above enter the full name(s) of the defendant(s). If you
cannot fit the names of all of the defendants in the space provided,
please write "see attached" in the space above and attach an
additional sheet of paper with the full list of names. The names
listed in the above caption must be identical to those contained in
Part I. Addresses should not be included here.)_

## COMPLAINT

Jury Trial: ☑ Yes ☐ No
(check one)

### I. Parties in this complaint:

**A.** List your name, address and telephone number. If you are presently in custody, include your
identification number and the name and address of your current place of confinement. Do the same
for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff    Name _Anthony E Gault_
Street Address _P.O. Box 100142_
County, City _Brooklyn NEW York_
State & Zip Code _11240_
Telephone Number _N/A_

**B.** List all defendants. You should state the full name of the defendant, even if that defendant is a
government agency, an organization, a corporation, or an individual. Include the address where
each defendant may be served. Make sure that the defendant(s) listed below are identical to those
contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1    Name _Office staling_
Street Address _NEW York City Police_

_Rev. 05/2010_

All attached Case information

County, City *Brooklyn Police Precinct 84*

State & Zip Code _____

Telephone Number _____

Defendant No. 2   Name *Robert Mercado*   *His employment*

Street Address *14 Boerum Place*

County, City *Brooklyn New York*

State & Zip Code _____

Telephone Number _____

Defendant No. 3   Name *Gloria Lee (Peace officer)*   *employment*

Street Address *14 Boerum Place*

County, City *Brooklyn New York*

State & Zip Code _____

Telephone Number _____

Defendant No. 4   Name *(Nardia) Manager of Macdonalds*   *employment*

Street Address *1627 Pitkit Ave*

County, City *Brownville Brooklyn New York*

State & Zip Code _____

Telephone Number _____

## II.   Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.   What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal Questions          ☐ Diversity of Citizenship

B.   If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? _____

_____

_____

C.   If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____

Defendant(s) state(s) of citizenship _____

_____

## III.   Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.

*Rev. 05/2010*

You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? _at the individual of the various Entitys employment Place_

B. What date and approximate time did the events giving rise to your claim(s) occur? _trial_ _Relit January 20, 2015 and the overhead Roasm with threatend harassment on Christmas eve 12/24/2014_

C. Facts: _False arrest Denied Medical attention after attacked and assaulted By 10 to 12 People un-lawfully detained in a room on the 1st floor after beat up and attacked and Unlawfully restrained with Hand cuffs by security guards after assault Kicked or Punch in the Head also with Roast Racism with threats and harassment to harm if I dont leave or if I come back I have to go to a Medenaled out of the area 45 minutes to a Row walk for a cup of coffee also the refuse to serve me because the color of my skin is not a isolated incident into has transpired on various days which is document to various authority of the transpired incidents of discrimination at Mcdonalds and Dunkin Donuts also various other fast food restaurants that I have had to change restaurants_

What happened to you?

Who did what?

Was anyone else involved?

Who else saw what happened?

## IV. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. _Cut in Head Bruised in front and Back of Bodly if injury from the racial discrimination from Mcdonalds Mental and Emotional harm from the be Publicly discrimenated against by refusing to served me on a few Occasion and the Publye Humyliation of the discrimination Made me feel less than a human being with the already imposed Homeless-ness and disability done to me by Previous employers who have enlisted the Mcdonalds and Dunken donuts Employees too enpore enter Racial Racism in Runing me out of the area_

**V.    Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. I'm seeking for the Courts to get me full equal Protection from the individual who have committed the Crimes against me and have those individual fired from there jobs and charged w/ in them to the full extent of the law. So they want do it to buy one else fred. I'm legally seeking three hundred and sixty million Dollars (360,000,000.00) million Dollar for the invisible Civil and Criminal Crime being impose on a American Citizen of impose atrocity of Civil and Criminal Crimes from entity that are suppose to served the Public with fair and decent Morals and Values in these Monitoring the representation of good treatment to Remember on United States soil and to Compensate for the emotional and Mental scars left from the Civil and Criminal Crime Committed against me from the Harm of Racism Physical and Mental Harm of fear what they Did to me

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 28 day of January, 20 15

Signature of Plaintiff     Authur E. Gault

Mailing Address     P.O. Box 100142
                    Brooklyn New York
                    11210

Telephone Number    _____

Fax Number *(if you have one)*    _____

**Note:**   All plaintiffs named in the caption of the complaint must date and sign the complaint.  Prisoners must also provide their inmate numbers, present place of confinement, and address.

**For Prisoners:**

I declare under penalty of perjury that on this ____ day of _____, 20 ___, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff:    _____

Inmate Number    _____

*Rev. 05/2010*

*TO: United states District Court, southern District of New York*
*From Anthony E. Gault P.O. Box 100142*

To:United States District Court Southern District of new york From:Anthony E Gault an American disable homeless-veteran p.o box 100142 brooklyn new york 11210 EMAIL agault155@gmail.com SUBJECT:FALSE ARREST,UN-LAWFUL DETAINMENT DENIED MEDICAL ATTENTION ATTACKED AND ASSAULTED BY TEN TO TWELVE SECURITY OFFICERS AND FAIR HEARING SUPERVISOR RECEPTIONIST OVER UN-EQUAL DISTRIBUTION OF CASH AND BENEFITS OF EVERY KIND COMING FROM THE STATE AND CITY OF NEW YORK ALSO THE REFUSING OF OFFICER OF NYPD TO TAKE COMPLAINT AND HIS AND THE PROSECUTORS CONSPIRED AND MANUFATOR LIES TO COVER AND CONSEAL CORRUPTION BY CITY AND STATE WORKERS AT 14 BOERUM PLACE BROOKLYN NEW YORK ALSO INTER-RACIAL-RACISM AT MCDONALDS AND DONKINS DONUTS WHICH MAY BE CONNECTED FROM THE MANAGER OF MACDONALDS BOYFRIEND BEING A NEW YORK CITY POLICE OFFICER WHO ON CHRISTMAS EVE DECEMBER 24,2014 ENLISTED CO-WORKER AND CUSTOMERS TO HARRASS AND RUN ME OUT OF MACDONALDS AFTER FILING NUMEROUS COMPLAINTS OF INTER RACIAL RACISM AND HARASSMENT AND THREATS OF BODILY ((((( HARM ))))) TO MACDONALDS CEO or PRESIDENT ALL WHICH IS DOCUMENTED LEGALLY ALSO TO DUNKIN DONUTS CEO or PRESIDENT ABOUT THERE INTER RACIAL RACISM TO CUSTOMER AND HARASSMENT IN RUNING ME OUT OF THERE BUSINESS A INVESTIGATION OF EVERY THING MENTION AND FILE WILL RE-VEAL CONNECTIONS TO PREVIOUS EMPLOYERS AND OTHER PENDING LAW-SUITS FILED WITH THE SOUTHERN DISTRICT COURT OF NEWYORK IN MANHATTAN THE TRIAL HELD ON JANUARY 20,2015 WHICH WAS ONLY APPROXIATELY THREE DAYS AND IT WAS NOT THAT LONG SO PLEASE KEEP IN MIND THAT ITS NOT A VERY LONG TRIAL WITH A LOT OF TRIAL MINUTES TO READ AND IM BRINGING UP THIS BECAUSE WITH IN THE COURT OF LAW THE MINUTES OF THAT TRIAL CERTFIED BY JUDGE AND JURY NAME OF JUDGE IS HONABLE JUDGE ALEXANDER JUNG AND A JURY!!! DECIDED ON A VERDICT OF NOT-GUILTY OF THE FALSE CHARGES PUT ON ANTHONY E GAULT AN AMERICAN DISABLE HOMELESS-VETERAN WHO GOT BEAT UP AND JUMPED BY FAIR HEARING SUPERVISOR OF THE RECEPTIONIST FOR FAIR HEARING AT 14 BOERUM PLACE BROOKLYN NEW YORK AFTER THE ATTACK AND ASSAULT AT THE WELFARE CENTER I WAS UN-LAWFULLY DETAINED AND DRAGED TO THE ELEVATORS AND TAKEN TO THE FOURTHTEEN FLOOR HELDED IN A ROOM WITH RESTRAINTS AND APPROXIATELY EIGHT SECURITY GUARDS ONE OF THE HRA SECURITY WAS A NEW YORK STATE PEACE OFFICER WHO WAS IN CHARGE OF THE REGULAR SECURITY ASK ME WHILE I WAS BEING UN-LAWFULLY DETAIN AND UN-LAWFULLY RESTRAINTED WITH RESTRAINTS WAS I CALM AND THEY WANTED TO LET ME GO AND SHE SAID AGAIN AM I CALM I SAID YES SHE SAID TO SEVEN OF THE OFFICER YOU CAN GO AND HAD ONE STAY BEHIND WITH HER I SAID YOU ARE GOING TO LET ME GO YOU ALL JUST ATTACK ME AND BEAT ME UP MY HEAD IS BLEEDING IM HURT I SAID YOU NEED TO CALL THE POLICE SO I CAN FILE CHARGES AGAINST THE SECURITY FOR BEATING ME UP AND FOR OVER FIFTHTEEN DOLLARS OF FOOD STAMPS YOU ALL DID THIS TO ME THAT ATTACK AND ASSAULT WAS TOTALLY UN-CALLED FOR I CANT BELIEVE ALL OF YOU ACTUALLY ATTACK AND JUMP ME IN A

*From Anthony E. Gault*

To: United States Court southern Eastern District of New York
From Ruthy E Gault P.O.Box 10014C

(((((WELFARE OFFICE))))) PUTTING IN A FAIR HEARING FOR FOOD STAMPS AND MEDICAID AND A LETTER THAT I GOT FROM WELFARE ABOUT GARNISHMEMT OF MONIES FROM MY SOCIAL SECURITY DISABILITY CHECK AND YOU ARE TALKING ABOUT LEWTTING ME GO I WANT THE POLICE IM BLEEDING IN MY HEAD FROM KICKS AND PUNCHES HURTING FROM BODY BLOW OF KICKS AND POUNCHES AND YOU WANT TO LET ME GO THE PEACE OFFICER SAID WAIT TO ME WHILE THEY STILL HAD ME IN RESTRAINS WHICH WAS HAND CUFF RESTRAINTS AND SHE MADE A PHONE CALLED AND LEFT THE ROOM TO ME WHO EVER SHE CALLED AND CAME BACK IN APPROXIATELY TWENTY TO THIRTY MINUTES IT WAS A LONG TIME WHEN SHE CAME BACK IN THE ROOM SHE SAID SHE CALLED THE POLICE FOR ME I WAS HELDED HAND CUFFED UNTIL THE POLICE CAME OFFICER STALING OF NYPD WAS THE OFFICER WHO CAME TO THE FOUTHTEEN FLOOR AND FALSELY ARRESTED ME AND REFUSED ME MEDICIAL ATTENTION AND REFUSED TO ACCEPT MY COMPLAINT OF ASSAULT AND ATTACK BY ROBERT MERCADO FAIR HEARING RECEPTIONIST SUPERVISOR AND TEN TO TWELVE WELFARE SECURITY GUARDS AT 14 BOERUM PLACE,AFTER I TOLD NYPD OFFICER STALING THAT I WAS ATTACK AND ASSAULTED BY VARIOUS SECURITY AND FAIR HEARING SUPERVISOR RECEOTIONIST ROBERT MERCADO AND INEED NEED TO GO TO THE HOSPITAL HE SAID NYPD OFFICER STALING THAT HE WAS TOLD I WAS THE ONE WHO ASSAULT A WELFARE WORKER AND THAT I WAS IT,HE TOOK ME TO JAIL WHERE I WAS HELD AND BOOKED ON FALSE CHARGES FOR TWO DAYS AND MADE TO COME BACK AND FOURTH TO COURT FOR OVER TO TWELVE MONTHS TO TRY AND MAKE ME TAKE A PLEA TO COVER THE FALSE ARREST AND ATTACK AND ASSAULT BY THE WELFARE AND SECURITY EMPLOYEES WHO JUMP ME AND CONSPIRED AND MANUFACTOR A LIE TO TRY AND COVER THERE ATTACK AND ASSAULT ON AN AMERICAN DISABLE HOMELESS-VETERAN TRYING TO GET HIS MEANS TO SURVIVE STRAIGHT FROM HIS PREVIOUS EMPLOYERS WHO HAVE IMPOSED MY DISABILITY AND HOMELESS-NESS AND ALSO BEEN SABOTAGING MY FOOD STAMPS AND MEDICAID IN THE CLOSING OF MY CASE OF FOOD STAMPS AND MEDICAID OVER TWENTY SOME THING TIMES IN THE TWENRY SOME THING MONTHS OF ME COLLECTING FOOD STAMPS AND MEDICAID AND WITH IN THE APPROXIATELY TWENTY SIX TIMES IN NTHE TWENTY SIX MONTHS OF THEM CLOSING MY FOOD STAMPS AND MEDICAID I PUT IN A FAIR HEARING AND HAD IT OPEN EACH TIME PRIOR TO THE ATTACK AND ASSAULT AND FALSE ARREST SINCE THE ATTACK AND THE TRIAL THEY HAVE NOT GIVEN ME BACK OLDED FOOD STAMPS AND BACK OLDED WELFFARE CASH WHICH THEY HAVE BEEN ORDER TO DO BY A ADMINISTRATIVE LAW JUDGE ON SEVERAL OSCASSIONS AND THEY ARE SUPPOSE TO GIVE ME FOODSTAMPS AT A RATE OF TWO HUNDRED DOLLARS A MONTH THEY ARE ONLY GIVING ME FIFTHTEEN DOLLARS A MONTH THEY ARE BLOCKING MY WORKER COMPENSATION MONIES THEY ARE BLOCKING MONIES THAT ARE WRONGLY BEING TAKEN OUT OF MY SOCIAL SECURITY DISABILITY CHECK AND THE RE-IMBURSTMENT OF OLE TWENTY YEAR OF OLE BACK CHILD SUPPORT AND THE STOPPING OF TAKING MONIES OUT OF MY SOCIAL SECURITY DISABILITY CHECK,IN LIGHT OF THE ((((( EXTREME))))) INTER

From Ruthy E Gault

TO: United States District Court Southern District of New York

From Authy E. Gault P.O. Box 100142

RACIAL RACISM USED BY THE MACDONALDS RESTAURANT AND ALSO DUNKIN DONUTS RESTAURANT I USE THE WORD ((((( EXTREME ))))) BECAUSE THE INCIDENTS OF RACIAL DIS-CRIMINATION USED TO RUN ME OUT OF THERE BUSINESSES WITH THREATS OF HARM AND HARASSMENT IN THERE RACIAL DIS-CRIMINATION AGAINST ME BY REFUSING TO SERVE ME BECAUSE OF THE COLOR OF MY (((((SKIN ))))) IT CAN BE FOR ONLY THAT REASON BECAUSE THE VARIOUS DAYS THAT THE HARASSMENT AND DIS-CRIMATION TOOK PLACE IN A PUBLIC RESTAURANT ON VARIOUS DAYS OF ME GOING TO PURCHASE SOME ITEMS BEING THAT I TOOK POLITE AND COURESTY STEPS IN REPORTING THE DIS-RESPECT AND ILL-MANNER SERVICES OF THE INDIVIDUALS THAT EITHER MESS UP MY ORDER INTENTIONALLY AND RECIEVED HOSTILE AND EQUALLY THE SAME FORM OF DIS-RESPECT FROM THE DUNKIN DONUTS SUPERVISORS ON THE DAY OF REPORTING AND THERE AFTER RECIEVING MUCH MORE HARASSMENT AFTER CONTINUING GOING THERE TO PURCHASE ITEMS IS WHAT PROMPT ME TO WRITE THE CEO or PRESIDENT OF DUNKIN DONUTS THE MACDONALDS ON PITKIT AVE IN BROOKLYN NEW YORK DURING THE RACIAL DIS-CRIMINATION IN RUNNING ME OUT BECAUSE OF THE COLOR OF MY ((((( SKIN ))))) BY A INTER RACIAL RACIST SINGLE ME OUT BY MENTIONING IN HER THREATS AND HARASSMENT IN MENTION HER BOYFRIEND WAS A NEW YORK CITY POLICE OFFICER WHO HAD TOLD HER TO RUN ME OUT OF MACDONALDS AND SHE SPOKE OUT LOUD ABOUT MY WHERE ABOUT IN GOING TO A PUBLIC LIBRARY EVERY DAY IN ANOTHER AREA OF BROOKLYN WHICH IS A TWO HOUR WALK APPROXIMATELY OR YOU NEED TO TAKE PUBLIC TRANSPORTATION IN ORDER TO GET TO THE PLACE THAT I GO TO OUT OF THE BROWNSVILLE SECTION OF BROOKLYN IN ORDER FOR A MACDONALDS MANAGER AND HER NEW YORK CITY POLICE OFFICER BOY FRIEND TO KNOW THAT KIND OF INFORMATION ABOUT ME AND I DONT KNOW NIETHER HER OR HER BOY FRIEND AND THEN AUSCUSTRATED FORMS OF RACIAL DIS-CRIMINATION TO RUN ME OUT OF THE AREA ALL SUGGEST THERE CONNECTION WITH THE PREVIOUS EMPLOYERS WHO I HAVE FILE CHARGES AND CLAIMS OF THE SAME AS THERE ACTIONS OF RACIAL DIS-CRIMINATION THE WORD EXTREME FITS THE EXTREME INTER RACIAL RACISM BECAUSE OF THE PUBLIC HUMILIATION AND THE USE OF ENLISTING OTHER CUSTOMERS AND CO-WORKERS IN PUBLIC AND THE PUBLICLY GIVING THERE EMPLOYEES ORDERS TO NOT SERVED ME A PAYING CUSTOMER FOR REASONS OF INTER RACIAL RACISM AND CONNECTIONS TO CRIMES CONNECTED FROM PREVIOUS EMPLOYERS BEING THAT THIS MACDONALDS MANAGER WAS TOLD TO DO THIS ALSO SAYS AND EXPLAINS THE ACTIONS OF OFFICER STALING WHO LIED UNDER OATH AT TRIAL HELD ON JANUARY 20,2015 THE USE OF CORRUPT INFORMATION BEING PASS ON BY OFFICERS OF NYPD WHO ARE CORRUPT AND MY REASON FOR STATING THIS IS BECAUSE I HAVE PRIOR EXPERIENCE AS BEING A FORMER AND OR EX-LAW ENFORCEMENT OFFICER AND I AM FAMILIAR WITH SOME OF THE LEGAL UN-WRITTEN TACTICS THAT OFFICERS USED TO DEAL WITH CRIMINALS AND I REPEAT CRIMINALS WHO ARE AND HAVE COMMITTED CRIMES THE USED OF PUTTING OUT WHAT IS CALLED AN ((((( ALL POINTS BULLETIN ))))) IS FOR CRIMINALS ON THE RUN!!! THE USE OF

From Authy E. Gault

TO: United States Court, Southern District of New York
From Ruthy C. Gault P.O. Box 100/742

THIS TACTIC IS ALSO USED TO ALIENATE AND CAUSE INDIVIDUALS WITH
HISTORYS OR PASTS AND OR STIGMATIZES MESS-UP REPRETATIONS TO
IMPOSE A PUBLIC ILLEGAL SECOND HAND FORM OF PUNISHMENT BY THE
PUBLIC AFTER A INDIVIDUAL HAS ALREADY BEEN AND OR SERVED THERE
TIME AND OR BEEN CLEARED BY THE COURT OF LAW OR CONVICTED AND
SERVED THERE ((((( LEGAL PUNISHMENT LEGALLY ))))) BEING THAT NEW YORK
HAS A APPROXIATELY TOTAL OF THIRTY FIVE THOUSAND OR MORE OFFICERS
WITH IN THE FIVE BOROUGHTS THE THE FILTERING OF CORRUPT
INFORMATION IN SABOTAGING OF A INDIVIDUALS LIFE AND ESPECIALLY
COMING FROM THE CAPITAL OF NEW YORK STATE WHICH RUNS NEW YORK
THE DAMAGING CORRUPT OR INFORMATION OF ANY CASE OR PROBLEM
LEGALLY THAT HAS BEEN TAKEN CARE OF BY ANY COURT OF LAW FOR ANY
ONE TO USE THE INFORMATION TO CAUSE VARIOUS FORMS OF HARM TO
INDIVIDUALS AFTER THE FACTS TO KEEP THOSES INDIVIDUALS SUPPRESSED
IN IMPOSED HARDSHIPS AND STUCK AND STAGNATED AND MADE TO LIVE LIKE
A SAVAGE ALL SUGGEST THAT THESES INDIVIDUALS ARE BASICALLY ABOVE
THE LAW AND ABUSING AND MIS-USING THERE POWER AND AUTHORITY BY
IMPOSING FORM OF ((((( ILLEGAL FORMS OF IN-JUSTICES ))))) TO HUMAN
BEINGS IN CAUSING THEM OR PREVENTING THEM TO ADVANCE OR
PROGRESS IN LEARNING FROM THERE WRONGS ALSO THE INDIVIDUALS
USING THERE PERSONAL OPINION OF ANY SITUATIONS THAT HAS
TRANSPIRED NOT CONCERNING THAT INDIVIDUAL WHO IS SEEKING THE HELP
OF OR FROM INDIVIDUALS WHO ARE EMPLOYED IN SENITIVE AND DELICATE
OCCUPATION THAT ARE SUPPOSE TO HELP PEOPLE OF ALL WALKS OF LIFE
WHO ARE PRIVLY TO INFORMATION OF THE PAST AND USE IT TO CONTINUE A
ILLEGAL FORM OF PUNISHMENT FUTHER SABOTAGING ONES LIFE BY
CORRUPT DEALING IN THE USE OF THE TOOLS OF ONES OCCUPATION EVERY
THING THAT HAS TRANSPIRED AND ALL LAW-SUITS AND VARIOUS OTHER
LEGAL CLAIMS FILED AGAINST PREVIOUS EMPLOYERS AND THERE ENLISTED
INDIVIDUALS IN VARIOUS ENTITYS ASSOCIATED WITH VIOLATING MY RIGHTS
CIVIL AND CRIMINALLY ACROSS THE BOARD DURING ((((( PAST AND
PRESENT ))))) THIS FILING OF THIS THREE HUNDRED AND SIXTY MILLION
DOLLAR LAW-SUIT ((((( 300,000,000.00 )))))MILLION DOLLARS LAWS-SUIT IS
CONNECTED TO THE THREE OTHER LAW-SUITS FILED AT UNITED STATES
DISTRICT COURT SOUTHERN DISTRICT IN MANHATTAN NEW YORK THE
PRESIDENT MR BARACK OBAMA THE UNITED STATES FEDERAL COURTS AND
THE UNITED STATES DEPARTMENT OF JUSTICE AND THE FEDERAL BUREAU
OF INVESTIGATION ((( FBI )))AND THE STATE COMMISSION ON JUDICIAL
CONDUCT AND THE CHIEF OF JUSTICE HON MR JOHN G ROBERTS Jr AND THE
GOVERNOR MR ANDREW M CUOMO OF NEW YORK STATE AND MANY VARIOUS
OTHER LEGAL AND NON-LEGAL AUTHORITYS HAVE PROOF AND EVIDENCE
FROM ALL OF MY CLAIMS OF EVERY KIND AND THE VARIOUS FILING OF LAW-
SUITS AND VARIOUS OTHER LEGAL CLAIMS FILED ASSOCIATED WITH THE
PREVIOUS EMPLOYERS WHO HAVE BEEN VIOLATING MY RIGHTS CIVIL AND
CRIMINALLY THE ABOVE MENTION ((((( VIPs )))))OF THE GOVERNMENT CAN
PROVIDE YOU WITH ALL YOU NEED TO SUPPORT ME IN THE WINNING OF

From Ruthy C Gault

Page 4 & 5 Total of 5 Page

TO! United States Court Southern District of New York
From Anthony E. Gault P.O. Box 100142

EVERY LAW-SUIT AND EVERY LEGAL CLAIM AGAINST THE PREVIOUS
EMPLOYERS AND THE ((((( STATE OF NEW YORK ))))) IN THEM USING CASH AND
BENEFITS OF EVERY KIND BY MEANS AND WAYS OF INTER RACIAL RACISM IN
UN-EQUAL DISTRIBUTION OF CASH AND BENEFITS OF EVERY KIND IN THE
STATE OF NEW YORK CAUSING HUMAN BEINGS TO LIVE LIKE
((((( SAVAGES )))))I APPEAL FOR YOUR IMMEDIATELY RULING IN MY FAVOR
FROM ALL THE PROOF AND OR LEGAL WITNESSES THAT HAVE ALL LEGALLY
DOCUMENT PROOF AND EVIDENCE OF THE CRIMES THAT HAVE BEEN
COMMITTED AGAINST ME ANTHONY E GAULT I ASK FOR THE COURTS TO HAVE
IMMEDIATELY AWARDED FULL PAYMENT OF ALL LAW-SUITS AND ALL OF FILED
CLAIMS IMMEDIATE PAYMENT WITH IN ((((( FIVE BUSINESS DAYS ))))) AFTER
VERDICT OR DECISION MADE!!!!!PLEASE SEE ATTACHED COURT PAPERS FOR
FILING THIS LAW-SUIT AND OTHER INFORMATION RELEVANT TO CASE!!!
GODBLESS!!!FROM ANTHONY E GAULT AN AMERICAN DISABLE HOMELESS-
VETERAN P.O BOX 100142 BROOKLYN NEW YORK 11210
EMAILagault155@gmail.com!!! SEE ATTACHED PAPERS!!!
Reply Forward

From Anthony E. Gault
P.O. Box 100142
Brooklyn New York 11210

God Bless !!!

Page 5 # 5 Total # 5 Pages

TO: United States District Court, Southern District of New York
From Anthony E. Gault P.O. Box 100 M2

To:Mcdonalds CEO or PRESIDENT (((((one more of the many documented dis-
crimination incidents by your Mcdonalds ManagerSsS))))) From Anthony E Gault an
American disable homeless-veteran p.o box 100142 brooklyn new york 11210 EMAIL
agault155@gmail.com SUBJECT:Enlistment of other customers and other employees
to engage in conspired INTER-RACIAL-RACISM TO AMERICANS ON UNITED
STATES SOIL WHICH BASICALLY CONSTITUE AND ATTACK ON AMERICANS ON
U.S SOILTHE CONTINUE ATTACK OF INTER- RACIAL-RACISM TO CUSTOMER BY
A MCDONALDS MANAGER ARE ALL LEGALLY DOCUMENTED WITH IN THE FAST
FOOD INDUSTRIES ON GOING FROM PAST TO PRESENT!!! Today christmas eve
december 24,2014 at approxiately740 am I WENT TO GET SOME COFFEE AT
MCDONALDS ON PITKIT AVE BROWNSVILLE BROOKLYN NEW YORK THE
MANAGER WHO I DO NOT KNOW AND DO NOT HAVE ANY PERSONAL OR
FROFESSIONAL OR CASUAL RELATION-SHIP WITH THE ONLY CONTACT IS THE
BUYING OF MCDONALDS FOOD AND OR DRINK IN THE PREVIOUS COMPLAINTS
OF DOCUMENTED DIS-CRIMINATION FILED WITH MCDONALDS SHE HAS
ESCULATED HER ACTIONS IN THE ENLISTMENT OF OTHER CUSTOMERS AND
ORDER HER EMPLOYEES NOT TO SERVED ME AS I WALK IN TO MCDONALDS
AND WAS WAITING ON LINE THE MANAGER ASK TO TAKE THE ORDER OF
ANOTHER CUSTOMER BEHIND ME I STEP TO HER CASH REGISTER TO BE
SERVED IN ORDER OF FIRST COME FIRST SERVED SHE AGAIN SAID IM NOT
SERVING YOU I SAID YEAH I NEEDE TO HER YOU PUBLICLY ANNOUNCE IT
THEM SHE STARTED TALKING TO A CUSTOMER ABOUT ME WHILE I WAS
WAITING FOR ANOTHER EMPLOYEE TO BE SERVED AS SHE WAS TALKING
ABOUT ME SHE LIED TO THE CUSTOMER AND SAID I CALLED HER A BITCH I
SAID TO HER NO I DIDNT CALL YOU A BITCH I CALLED YOU A DUMB
((((( HOOKER ))))) SHE SAID YOUR MOTHER IS ONE THEN TOLD THE OTHER
CASHIER NAMED KIESHA NOT TO SERVED ME THEN I SAID NOW IM CALLING
YOU A BITCH AND YOU LOOK LIKE YOU BE SUCKING YOUR FATHERS
(((((DICK )))))THE ACTIONS OF THIS MCDONALDS MANAGER IN HER
INSTAGATED AND CONTINUIOUS ATTACKS OF VERBAL ABUSE AND THREATS
IN THE BRINGING OF FAMILY TO THE MCDONALDS TO BEAT ME UP WHICH IS
DOCUMENT IN PREVIOUS LETTERS SENT TO THE OWNERS OF MCDONALDS
THE IGNORING OF ACTIONS OF COMMUNICATED THRERAT OR HARM INCLUDE
PUBLIC DIS-CRIMINATION WHICH FALLS UNDER HARM THREAts AND THE
CONSPIRED PLAN OF TRYING TO RUN ME OUT OF THE MCDONALDS OR FROM
USING MCDONALDS COMMUNICATED TO ME THAT THE UPPER MANAGEMENT
OF MCDONALDS IN RECIEVING SERIOUS COMPLAINTS OF THE KIND OF
PROBLEM COMING FROM A CUSTOMER ABOUT ONE OF YOUR MANAGERS ON
VARIOUS OCCASION THE COMMUNICATE MESSAGE AND TO EVERY ONE THAT
VIEWED WHAT TRANSIRED ON VARIOUS OCCASIONS IS COMMUNICATING THE
SUPPORTING AND PROMOTING OF RACISM WITH IN THE FAST FOOD
INDUCTRIES YOUR HELP IN THIS MATTER LEGALLY WOULD BE DEEPLY
APPRECIATED FROM ANTHONY E GAULT AN AMERICAN DISABLE HOMELESS-
VETERAN P.O BOX 100142 BROOKLYN NEW YORK 11210
EMAILagault155@gmail.com!!!GODBLESS!!!

Reply Forward

Anthony E. Gault

Page 1 of 1 Total page 1 one page

*To: United States District Court Southern District of New York*

*From Anthony E. Gault P.O. Box 100142*

To Mcdonalds CEOs or PRESIDENT!!!from anthony e gault an American disable homeless-veteran p.o box 100142 brooklyn 11210 email agault155@gmail.com!!!SUBJECT:Un-easy feeling of Mcdonalds manager remaining after verbally assaulting and instagating a confrontation in order to run me out of Mcdonalds and comprimise my identity in order to (((((dis-criminate against the homeless)))))with her and her boyfriends of new york city police connections to cover and con-sealing on going pending legal issues in Albany new york state her and his actions suggest from theses incident imposed on a un-known customer of Mcdonalds they are connect to pending legal issues in albany new york

Today November 20,2014 prior to taking care of my personal errands i stop at Mcdonalds where i normally stop if i can afford it from being imposed in disability and hardship from previous employers during this pass week of november 20,2014 i filed a complaint about the manager of Mcdonalds and her boyfriend who she had mention while making threats and trying to instagate a verbal altercation with me for reasons unknown the spectulated reasons from her actions and threats suggested connections to some pending legal issues on going with situations that transpired in albamy new york being that this manager of Mcdonalds single and seek me out and having no kind of personal or professional or casual relationship with me and to incite a disburtance in order to try and get me locked up and to try and run me out of a public business and or establishment for no apparent reason know to me and by it being more than a one day instagation in her trying to have me falsely arrested or publicly humiliate me to make me feel less than and not come to that Mcdonalds any more,the impression that i have gather from her and her boyfriend of NYPD which i have mention in the first complaint about organizes crime in albany new york the connection with pending investigation on going from albany to the city the investigation of this manager and her new york city boyfriend will reveal connection to my earlier complaint filed about this un-known Mcdonalds manager and her boyfriend being in matter of corruption connected to Albany new york state my un-easy feeling of a individual working at aplace where i go to to eat and basically assaulted and attacked my character and personality in order to comprimises my identity to try and futher cover and conseal what transpire with a previous on going legal issues in albany new york i ask of the CEOs or president of Mcdonalds to investigate and have her fire and or terminated from Mcdonalds and her boyfriend who told her to do it find his connection and have him fire and or terminated from NYPD and to get to the other related legal issues connecting other entity associated with events past and present involved in the on going legal issues with Albany new york state!!! your Legal concern in theses matters would be deeeply appreciated from anthony e gault an American disable homeless-veteran p.o box 100142 brooklyn new york 11210 email agault155@gmail.com!!!GODBLESS Reply Forward

Reply Forward *From Anthony E. Gault*

*P.O. Box 100142*

*Brooklyn New York 11210*

*God Bless!!!*

To: United States District Court, Eastern District of new york
From Anthy E. Gault P.O. Box 100142

To:president mr Barack Obama and governor of new york mr Andrew M Cuomo and The HON Chief of Justice John G Roberts Jr and the state commission on judicial conduct and the united states district court,southern district of new york From Anthony E Gault an American disable homeless-veteran p.o box 100142 brooklyn new york 11210 EMAIL agault155@gmail.com SUBJECT:(((((Trial and Jury)))))held by Honable Judge mr alexander Jung and jury on January 20,2015 for False charges and false arrest and denied medical attention after an (((((American disable homeless-veteran ))))) was beat-up and attack by supervisor of the fair hearing receptionist mr Robert Mercado and ten to twelve new york state security guards and arrested for fifthteen dollars a month in food stamps at 14 boerum place brooklyn new york welfare center requesting a fair hearing!!! On january 20,2015 by a Judge and jury i anthony e gault an American disable homeless-veteran was found (((((NOT GUILTY)))))of the charges of the state of new york administrative trials and hearings with in the VERDICT and the decision of the jury and trial and the minutes taken of the trial it proves in the COURT of LAW in BROOKLYN CRIMINAL COURT that all of MY CLAIMS anthony e gault an American disable homeless-veteran was ATTACKED and ASSAULTED BY TEN to TWELVE NEW YORK STATE SECURITY GUARDS LEAD BY FAIR HEARING RECEPTIONIST SUPERVISOR MR ROBERT MERCADO AND FALSELY ARRESTED AND UN-LAWFULLY HAND CUFFED AND DETAINED AND AND DENIED MEDICAL ATTENTION AND LOCKED UP FOR TWO DAYS AND THE MIRANDA WARNING WAS NOT READ TO ME BY THE ARRESTING OFFICER AND AT THE TRIAL AND THE MINUTES OF THE TRIAL WILL PROVE EVERTHING IM SAYING LEGALLY AND LEGITIMATELY OFFICER STALING OF NYPD NOT ONLY MAKING A FALSE ARREST AND DENIED ME MEDICAL ATTENTION LIED LIED UNDER OATH VARIOUS ACTIONS THAT TRANSPIRED ON THE DAY HE ARRESTED ME AND VIOLATED MY RIGHTS HE ALSO REFUSED ON THAT DAY TO ACCEPT MY COMPLAINT OF THE STATE WORKERS ATTACKING AND ASSAULTING ME AND INJURING ME AND TAKING ME TO A ROOM TO CONSEAL AND COVER THERE CRIMINAL ACTIONS OF ASSAULT OFFICER STALING LIED ABOUT THE PLACE OF ARREST AND LIED ABOUT THE FILING OF A INJURY CARD IN THE TAKING OF THE FALSE CLAIM OF THE STATE WORKER MR ROBERT MERCADO WITH IN THE TRIAL OF THE (((((JUDGE AND JURY)))))THE MINUTES OF THE TRIAL HELD AT BROOKLYN CRIMINAL COURT WILL VERIFTY THE CIVIL AND CRIMINAL VIOLATIONS OF MY RIGHTS FROM THE CASE AND TRIAL HELD ON JANUARY 20,2015 THERE IS ALSO PERTINATE AND IMPORTANT IN FORMATION CONNECTING THIS ATTACK AND ASSAULT ON ME ANTHONY E GAULT A AMERICAN DISABLE HOMELESS-VETERAN THE CONSPIRED ATTACK AND ASSAULT WITH THE VARIOUS ENLISTED INDIVIDUALS OF VARIOUS OCCUPATION CONNECTED TO THREE LAW-SUITS FILED IN THE UNITED STATES DISTRICT COURTSOUTHERN DISTRICT COURT IN MANHATTAN NEW YORK THE FIRST LAW-SUIT FILED FOR THIRTY MILLION DOLLARS THE SECOND LAW-SUIT (((((NOTARIZES)))))IS SIXTY MILLION DOLLARS AND THE THIRD LAW-SUIT IS FOR SEVEN HUNDRED MILLION DOLLARS AND ALL THREE LAW-SUITS ARE CONNECT ED AND IT IS ALSO CONNECTED WITH THE ABOVE MENTION ATTACK AND ASSAULT OF THE STATE WORKER ORDER AND CONSPIRED FOR REASONS OF RE-TAILIATION FROM PENDING LEGAL CIVIL ISSUES CONNECTED

From Anthy E. Gault

TO: United States District Court southern District of New York
From Cathy E. Gault

TO PREVIOUS EMPLOYERS FROM ALBANY NEW YORK WITH IN THE MINUTES
OF THE TRIAL HELDED ON JANUARY 20,2015 THE REVEALING OF THE TRUTH IN
THE VERDICT FROM THE JURY THAT FOUND ME NOT GUILTY SUPPORTS THE
REASONS AND PROBABLE CAUSES OF THE ATTACK AND ASSAULT COMING
FROM THE STATE AND CONTRACTED WORKER OF THE STATE OF NEW YORK
WHICH CAME FROM (((((ALBANY NEW YORK )))))) WHO POSSIBLY ORDER MR
MERCADO TO JUMP AND BEAT ME UP WITH SECURITY OF THE STATE A FULL
INVESTIGATION WITH PROOF AND EVIDENCE OF THE TRIAL MINUTES THAT
WAS HELD IN BROOKLYN CRIMINAL COURT WILL PROVE THE LONG ON GOING
VIOLATION OF MY RIGHTS BY PREVIOUS EMPLOYERS STILL ON GOING ALSO
THE ISSUE OF THE STATE LOWERING MY FOOD STAMPS FROM TWO HUNDRED
DOLLARS A MONTH TO FIFTHTEEN DOLLARS A MONTH EVEN AFTER A
ADMINISTRATIVE JUDGE AT 14 BOERUM ON VARIOUS ON VARIOUS CASE IN
PRESIDING OF FOOD STAMPS AND WELFARE CASH CASES HEARD BY THE
JUDGES AND THERE DICISION AND RULING AND ORDERING THE STATE TO
PAY BACK FOOD STAMPS AND BACK WELFARE CASH AND THE RASING OF MY
FOOD STAMP RATE BACK TO TWO HUNDRED DOLLARS A MONTH THE STATE
OF NEW YORK HAS REFUSED AND STILL IS IN NON-COMPLIANCE OF BACK
MONIES AND BENEFITS OF EVERY KIND AND BLOCKING MY WORKER
COMPENSATION MONIES AND USING THE AGAENCY OF WELFARE TO TAKE
MONIES OF CHILD SUPPORT ARREARS NOT OLD OUT OF MY SOCIAL SECURITY
DISAILITY CHECK AND USING THE RED-TAPE OF VARIOUS AGENCYS OF THE
NEW YORK STATE GOVERNMENT TO PROCRASTINATE AND PROLONG
PAYMENT OF ANY MONIES AND BENFITS OLDED AND OR FROM GETTING BY
THE CORRUPT DEALING USING THE TOOLS OF VARIOUS OCCUPATIONS AND
VARIOUS INDIVIDUALS IN VARIOUS ENTITYS AND ALSO BLOCKING PAYMENT
OF VARIOUS LAW-SUITS PENDING EVEN THOUGHT THE ROBERT MERCADO
SUPERVISOE OF FAIR HEARING IS IN THE SEVEN HUNDRED MILLION DOLLARS
LAW-SUIT IM PUTTING IN ANOTHER LAW-SUIT AGAINST NYPD FOR THREE
HUNDRED AND SIXTY MILLION FOR THE ABOVE MENTION IN CONNECTION
WITH THE CONSPIRED AND MANUFACTOR LIE BETWEEN THE STATE
WORKERS AND NEW YORK CITY POLICE OFFICER STALING ALSO CONNECT
THE DIS-CRIMINATION VARIOUS INCIDENTS IMPOSED BY MCDONALDS
MANAGER AND HER NEW YORK CITY BOY FRIEND WITH CONNECTION OF
DUNKIN DONUTS DIS-CRIMINATION ALSO INVLVE AND ALL CONNECTION TO
EVERY THING ELSE BECAUSE THE CONTINUE IMPOSED DIS-CRIMINATION
TRANSPIRING IN PUBLIC BUSINESSES THESE INDIVIDUALS DONT KNOW ME
PERSONALLY THAT MEANS SOME ONE IS PUTTING THEM UP TO VIOLATING MY
RIGHTS A FULL INVESTIGATION WILL PROVEN ALL MY CLAIMS EVEN WITH THE
PROOF ALREADY PRODIVED TO VARIOUS LEGAL AUTHORITYS ABOUT
PREVIOUS PENDING CIVIL LEGAL ISSUES AGAINST PREVIOUS EMPLOYERS OF
THE STATE OF NEW YORK AND PRIVATE CONCERMNS EMPLOYERS WHO
MADE ME DISABLE AND HOMELESS ALSO I LIKE TO MENTION THAT THE
PROSECUTORS IN THE TRIAL AND JURY CASE ON JANUARY 20,2015 ALSO
CONSPIRED AND MANUFACTOR LIES TO GET A CONVICTION IN ORDER TO
COVER FOR THE STATE OF NEW YORK IN THE VARIETY OF FALSE CHARGES

From Cathy E. Gault

TO: United States District Court...

From Anthony E. Gault P.O. Box 100142

HELD AGAINST ME AT TRIAL IT IS ALL VERIFIABLE AND PROVEN IN THE TRIAL
MINUTES OF TRIAL AND JURY VERDICT HELD ON JANUARY 20,2015 AT
BROOKLYN CRIMINAL COURT,I WOULD ALSO LIKE TO MENTION SOME
SPECULATED REASONS OF MOTIVES FOR THE CIVIL AND CRIMINAL ACTIONS
OF THE STATE WORKERS AND THE MCDONALDS MANAGER AND DUNKINS
DONUTS IMPOSED ON ME AND ALSO CONNECTED TO EVERY THING ELSE TO
THE LAW-SUITS BEING THAT NIETHER PERSONS AND OR INDIVIDUALS WHO
PARTISPATED IN THE ASSAULT AND OR ATTACK AND THE RESTAURANT DIS-
CRIMINATION AND HARASSMENT AT MCDONALDS AND DUNKIN DONUTS AND
VARIOUS OTHER PLACES OF BUSINESS WHICH IS ALL LEGALLY DOCUMENT
AND HAVE BEEN PROVIDED TO VARIOUS LEGALLY AUTHORITYS IN A ON
GOING PENDING LEGAL ISSUES OF A CIVIL MATTER MY QUESTION FOR THE
ABOVE READERS OF THIS LETTER IS BEING THAT NONE OF THE INDIVIDUALS
DO NOT KNOW ME PERSONALLY OR PROFESSIONALLY OR CASUALLY AND OR
HAVE NOT ESTABLISHED ANY FORM OF A RELATIONSHIP SOCIALLY THE ONLY
TWO REASONS FOR THERE ACTIONS IS BECAUSE OF THE COLOR OF MY SKIN
OR THE OTHER MOTIVE THEY WERE INFORM BY PREVIOUS ENTITYS AND
ORDERS TO COMMIT THE CRIMES AGAINST ME ANTHONY E GAULT OR ITS A
COMMON PRACTICE OF SIGLING INDIVIDUALS OUT AND VIOLATING THERE
RIGHTS CIVILLY AND CRIMINALLY WITH IN THE VARIOUS RANK AND
STRUCTURE OF EACH ENTITY EMPLOYMENT A INVESTIGATION WILL REVEAL
THE TRUTH OF THERE COMMITED CRIMES AGAINST ME JUST BY ASKING
CERTAIN QUESTIONS BECAUSE I DONT THINK THE ACTIONS OF THE CHARGES
THEY ARE GOING TO TAKE THE BLAME FOR ON THERE OWN DOING,I ANTHONY
E GAULT AN AMERICAN DFSABLE HOMELES-VETERAN WHO HAVE FILE AND
PROVEN LEGALLY THROUGHT THE YEARS OF STILL ON GOING CRIMES BEING
COMMITED AGAINST WITH SUPPORTED PROOF AND EVIDENCE OF PRESENT
CRIMES BEING COMMITED AND CONNECTED TO PREVIOUS EMPLOYERS
CONTINUED AUSCSTRATING THE SABOTAGING OF MY LIFE AND KEEPING ME
STUCK AND STAGNATED IN HOMELESS-NESS AND SABOTAGING MY MEANS TO
SURVIVE AND BLOCKING VARIOUS MONIES AND BENEFITS OF EVERY KIND
AND NON-COMPLIANCE OF VARIOUS ORDERS AND DECISION MADE BY
ADMINISTRATIVE LAW JUDGES IN THE NON-PAYMENT OF BACK CASH AND
BENEFITS OF EVERY KIND I APPEAL TO THE COURTS AND VARIOUS VIPS OF
THE LEGAL AUTHORITYS WHOM HAVE BEEN PROVIDED WITH ALL LEGAL
PROOF AND LEGAL DOCUMENTS PROVING ALL LAW-SUITS CLAIMS AND
VARIOUS OTHER LEGAL CLAIMS FILED BEING BLOCKED BY ALBANY NEW YORK
I ASK FOR THE COURTS TO AWARD AND GRANT ME A DECISION OF IMMEDIATE
PAYMENT OF ALL LAW-SUITS AND ANY OTHER CLAIMS FILED UNDER ANTHONY
E GAULT TO BE PAID WITH IN FIVE BUSINESS DAYS BY DIRECT DEPOSIT TO
HIS BANK ACCOUNT AT BANK OF AMERICA OR BY CERTIFIED OR CASHIER
CHECK IN FIVE BUSINESS DAYS AND ALL MATTERS LEGALLY FINACIALLY
HISTORY OF ANY BAD CREDIT OR ANY CRIMINAL RECORD BE EXPUNGED
IMMEDIATED HAVING THE NAME OF ANTHONY E GAULT CLEARED AND HAVING
THE WEALTH OF THE FINACES OF THE PAID LAW-SUITS AND VARIOUS LEGAL
CLAIMS IN MY POSSESION AND CONTROL TO SPEND AND RE-ESTABLISHED

From Anthony E. Gault

Page 3 of 4

Total of 4 Page

To: United States District Court, Eastern District of New York
From: Cathy E. Gauld

AND RESTART A BETTER LIFE THAN WHAT WAS TAKEN FROM ME AND MY FAMILY FROM THE IMPOSE ASTROCITYS OF THE PREVIOUS EMPLOYERS YOUR CONSIDERATION IN THESES SERIOUS MATTERS WOULD BE APPRECIATED!!! GODBLESS!!!

Reply Forward

P.O. BOX 100142
Brooklyn New York 11210

From Cathy E. Gauld

God Bless !!!

*From Anthy E. Gault*

please see attached fair hearing request and letters sent to albany and case numbers of
fair hearing judges ordering them to pay me ((((( SEE ATTACHED PAPERS))))) FROM
ANTHONY E GAULT GODBLESS!!! To MRS ANCA GRIGORE AT BROOKLYN
DEFENDERS OPFFICE DATE JANUARY 23,2015

Reply Forward

gault.anthony@hotmail.com

To

CcBcc
gault.anthony@hotmail.com

*From Anthy E. Gault*

Loading rich text... « Plain Text Check Spelling Resume Editing

Send

*Please see Case Numbers to fair hearing held that I won and have Not been Paid cash or food stamps Please read all Proof from having fair hearing Thank You Anthy E. Gault*

*Please read all it.*

OFFICE OF TEMPORARY AND DISABILITY ASSISTANCE

Website: www.otda.ny.gov/oah

OFFICE OF ADMINISTRATIVE HEARINGS

FAX to: (518)  473-6735

Telephone #: 1-800-342-3334

## FAIR HEARING REQUEST FORM – FAX OR MAIL
### P.O. BOX 1930
### ALBANY, NY 12201-1930

Please Print Information Clearly.  Correct and Complete Information Will Permit Us to Promptly Schedule a Fair Hearing.

CASE NAME: GAULT ANTHONY E

STREET ADDRESS: P.O. BOX 100 142     APT #:

CITY: Brooklyn    STATE: N.Y.    ZIP CODE: 11210

PHONE #: (XXX) XXX-XXXX   DATE OF BIRTH:    SS#: 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

☑ MALE  ☐ FEMALE   CASE #: LLF4366R   CIN #:    LOCAL AGENCY/CENTER:

INTERPRETER NEEDED?  YES ☐   NO ☑   LANGUAGE: English

Is Appellant homebound?  ☐ YES  ☑ NO   If yes, provide medical documentation.  Do not delay request while obtaining medical.
A phone number for representative or requester is required if you don't have a phone.

☐ Representative   ☑ Requester   NAME: ANTHONY E GAULT

ADDRESS: P.O. BOX 100 142

CITY: Brooklyn    STATE: NY,   ZIP: 11210   PHONE #: (____)

DID APPELLANT RECEIVE A NOTICE FROM THE LOCAL SOCIAL SERVICES DEPARTMENT?   ☐ YES  ☑ NO
(***** PLEASE ATTACH A COPY OF THE NOTICE WITH THIS FORM *****)

If Yes:  Date of Notice:    Effective Date:    Notice #:    RTI #:

| RESTRICTIONS Put an X in days or times you cannot attend hearing | LOCAL AGENCY ACTION | | | | CATEGORY OF ASSISTANCE (definitions below box) | | |
|---|---|---|---|---|---|---|---|
| | | FA | SNA | MA | SNAP | HEAP | PCS* | OTHER |
| M  T  W  T  F  AM __ __ __ __ __ | Discontinuance | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ ___ |
| PM __ __ __ __ __ | Reduction | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ ___ |
| (Must provide a reason) | Denial | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ ___ |
| | Inadequacy | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ ___ |

* If Personal Care Services:  Provide CASA # _____/Agency _____ & indicate type of service: _____
Name of Managed Care Plan _____

FA = Family Assistance (former ADC)    SNA = Safety Net Assistance (formerly HR)    SNAP = Supplemental Nutrition Assistance Program  (formerly Food Stamps)
MA = Medicaid    HEAP = Home Energy Assistance Program    PCS = Personal Care Services

Reason for requesting hearing (indicate time frames): I recieved a letter from Metro-Plus Medicaid that My Medicaid was closed I'm requesting a fair hearing for the re-opening of My Medicaid and Please see attached one Page letter from Kathy E Gault about other request and Compliance request of the state to comply with retro-Payment!!!

Information needed for Foster Care hearings:  Child's name, child's date of birth, birth mother's name, child's case number, agency's name.
Indicate period seeking foster care payments.

Revised 8/29/12

TODAY'S DATE: Sept 17, 2014

TO: New York state four hearing (in albony New York)
From Anthny E. Gault P.O. Box 100142 Brooklyn N.Y. 11210

im requesting a fair hearing on the opening of my medicaid for the thirty some thing time, that you have been dis-rupting my medical treatment causing futher hardships especially in my medical treatment and my means to survive, and you are still in non- compliance in not paying my retro foodstamps at two hundred dollars a months and behind approxiately many months and you are still non-cxompliance in paying retro welfare cash of eight hundred dollars, also your actions suggest forms of dis-crimination which have been going on since the incident with my previous employers who made me disable and homeless and your actions are connected as forms of re-tailiation in your discrimination in the harassment of closing of my benefits and cash assistance case repeatly with out just cause thoses actions are racially motivated in connections with my previous employers with there actions of racially mototivated imposed hardships in using my means to survive to cover there corruption in using there status and influence connected to foodstamps and medicaid and welfare cash and other city ,state,federal benefits and cash to imposed racially motivated hardships im requesting a fair hearing on the above mention,opening of medicaid again and pay retro of above mention,from an American disable homeless-veteran anthony e gault p.o box,100142 brooklyn new york 11210

From Anthny E. Gault
P.O. Box 100142
Brooklyn New York 11210
Mail sept 17, 2014
Certified return signature
receipt
God Bless!!!

Send 17 2014 Certified

OFFICE OF TEMPORARY AND DISABILITY ASSISTANCE
Website: www.otda.ny.gov/oah

OFFICE OF ADMINISTRATIVE HEARINGS
FAX to: (518) 473-6735
Telephone #: 1-800-342-3334

**FAIR HEARING REQUEST FORM – FAX OR MAIL**
P.O. BOX 1930
ALBANY, NY 12201-1930

Please Print Information Clearly. Correct and Complete Information Will Permit Us to Promptly Schedule a Fair Hearing.

CASE NAME: *GAULT* *ANTHONY*
(LAST) (FIRST) (MI)

STREET ADDRESS: *P.O. BOX 100142* APT #:

CITY: *Brooklyn* STATE: *New York* CODE: *11210*

PHONE #: ( *XXX* ) *XX XXX XX* DATE OF BIRTH : *3/25/62* SS#:

☑ MALE ☐ FEMALE CASE #: *0001449965 3F* CIN #: LOCAL AGENCY/CENTER:

INTERPRETER NEEDED? YES ☐ NO ☑ LANGUAGE: *English*

Is Appellant homebound? ☐ YES ☑ NO If yes, provide medical documentation. Do not delay request while obtaining medical.
A phone number for representative or requester is required if you don't have a phone.

☐ Representative ☑ Requester NAME: *Anthony E. Gault*

ADDRESS: *P.O. Box 100142 American Disable Homeless -Veteran*

CITY: *Brooklyn* STATE *N.Y.* ZIP: *11210* PHONE #: ( )

DID APPELLANT RECEIVE A NOTICE FROM THE LOCAL SOCIAL SERVICES DEPARTMENT? ☐ YES ☐ NO
(***** PLEASE ATTACH A COPY OF THE NOTICE WITH THIS FORM *****)

If Yes: Date of Notice: Effective Date: Notice #: RTI #:

| RESTRICTIONS | LOCAL AGENCY ACTION | | | | CATEGORY OF ASSISTANCE (definitions below box) | | |
|---|---|---|---|---|---|---|---|
| Put an X in days or times you cannot attend hearing | | FA | SNA | MA | SNAP HEAP PCS* | OTHER | |
| M T W T F | Discontinuance | ☐ | ☐ | ☐ | ☐ ☐ ☐ | ☐ | |
| AM _ _ _ _ _ | Reduction | ☐ | ☐ | ☐ | ☐ ☐ ☐ | ☐ | |
| PM _ _ _ _ _ | Denial | ☐ | ☐ | ☐ | ☐ ☐ ☐ | ☐ | |
| (Must provide a reason) | Inadequacy | ☐ | ☐ | ☐ | ☐ ☐ ☐ | ☐ | |

* If Personal Care Services: Provide CASA # /Agency & indicate type of service:
Name of Managed Care Plan

FA = Family Assistance (former ADC)    SNA = Safety Net Assistance (formerly HR)    SNAP = Supplemental Nutrition Assistance Program (formerly Food Stamps)
MA = Medicaid    HEAP = Home Energy Assistance Program    PCS = Personal Care Services

Reason for requesting hearing (indicate time frames): *from Oct 1 to August 2014 social services and the state of New York have been in Non-Compliance with refusing to comply with New York state administrative law Judges in various fair hearing in gaving me food stamps and retro welfare cash Please read attached 4 Pages from Anthony E Gault*

Information needed for Foster Care hearings: Child's name, child's date of birth, birth mother's name, child's case number, agency's name. Indicate period seeking foster care payments.

TODAY'S DATE: *August 27, 2014*

Revised 8/29/12

TO: New York State Fair hearing request in (albany New York
From Anthony E. Gault

the fair hearing case which is about the thirty something fair hearing about my food stamps and or my welfare retro cash of eight hundred dollars and my food stamps are behind since oct 1 to august 2014 at a rate of 200 dollars a month between oct 1 to august 2014 with in those dates you have approxiately given me one month fifthteen dollars in food stamps and then one more month a hundred and thirty six dollars and then one more month you gave me fifthteen dollars again,as of august 2014 counting back to october first from numerous fair hearing held at 14 boerum place and each and every administrative judge has order you to give me food stamps at two hundred dollars a month in continuance in opening of my case each and every wrongful closing and for the last approxiately thirty two months the state and social services has been in a definace in denying me eigible benefits and retro-welfare cash and your actions with in this on going thirty two months all suggest dis-crimination and conspiracy with previous employer who ran me out of and made me disable and homelesss the information for the awaiting of my thirty something fair hearing in thirty two months is FH#6764916L,case00014499653F,category snap and notice number N034MF1329 and noticed date06\19\14 and date copy sent from fair hearing on notice is 07\01\14 thats july 1,2014 and todays date im still waiting on another fair hearing about the above mention on going definace by the state and social services in non-compliance of various decisions of all the administrative judges who have order them to comply with the order,from an American disable homeless-veteran anthony e gault p.o box 100142 brooklyn new york 11210!!!your concerns in theses matters would be deeply nappreciated for the 30th time!!!GODBLESS

Please see attach of 3 Pages of Possible Computer hacking done by individual in the state government of New York State and Passible the New York Public library of New York a investigation would reveal Not only Computer Hacking but the racially Motivated Un-equal Distri-bution of Cash and Benefits by social services of New York state government from (an American) isable Homeless-Veteran

Anthony E. Gault P.O Box 100142
Brooklyn New York 11210
also attached (another fair heavy request

encl with the 3 Pages attached (another fair hearing request form

Compliance Request Form                                          Page 1 of 2

### REQUEST FOR COMPLIANCE
Office of Administrative Hearings
P.O. BOX 1930
Albany, NY 12201-1930
Fax:(518) 473-6735

Note: For security purposes, you have 15 minutes to complete this form, otherwise your request will not be received and you will need to start over.

* Indicates Required Information. Correct and complete information will permit us to promptly process your request.

**Personal Information**
(If fair hearing is for someone other than the case name, describe who it is for in the comments box below.)

| | |
|---|---|
| *Last Name: | gault |
| *First Name: | anthony |
| Middle Initial: | e |
| *Street Address: | p.o box 100142 |
| Suite/Floor/Apt#: | homeless disable vet |
| * City: | brooklyn |
| *State: | NY |
| Zip Code: | 11210 |
| Email Address: | egault5050@gmail.com |
| Phone:(include area code, no dashes) | |
| Date of Birth (MM/DD/YYYY): | 03251962 |
| SSN:(numbers only, no dashes) | 249299059 |
| Gender (click one): | ○ Male ◉ Female |

*(handwritten: X XXXX  Computer Hackeing going on with the state of New York)*

**Case Information**

| | |
|---|---|
| *Fair Hearing #: | |
| Case #: | 00014499653F |
| Client ID Number (CIN): | |
| Upstate County or NYC Center #: | |

**Representative/Requestor Information**
(If there is a representative or you are NOT the person listed above.)

| | |
|---|---|
| Name: | |
| Representative Organization: | |
| Street Address: | |
| Suite/Floor/Apt#: | |
| City: | |
| State: | NY |
| Zip Code: | |
| Phone:(include area code, no dashes) | Extension: |
| Email Address: | |

* I do not feel the local social services agency has complied with my decision because:
(Please be specific and brief, including dollar amounts and dates when possible.)
the local social services has not complied with the decisions of approxiately
twenty or more ruling of the administrative law judges in ordering them to
give me food stamps at a rate of two hundred a month and eight hundred dollars
retro welfare cash proven by the many past fair hearing helded leading up to
august 2014 which state and social services are still in non-compliance as of
august 2014 comply please from anthony e gault an american disable homeless-
vetaeran!!!GODBLESS

You have 17 characters remaining for your description...

* Enter the name of person filling out this form

*(handwritten: I anthy G tried to submite by Computer Aug 27, 2014)*

Compliance Request Form                                               Page 1 of 2

**REQUEST FOR COMPLIANCE**
Office of Administrative Hearings
P.O. BOX 1930
Albany, NY 12201-1930
Fax:(518) 473-6735

Note: For security purposes, you have 15 minutes to complete this form, otherwise your request will not be received and you will need to start over.

* Indicates Required Information. Correct and complete information will permit us to promptly process your request.

**Personal Information**
(If fair hearing is for someone other than the case name, describe who it is for in the comments box below.)

| | |
|---|---|
| *Last Name: | gault |
| *First Name: | anthony |
| Middle Initial: | e |
| | |
| *Street Address: | p.o box 100142 |
| Suite/Floor/Apt#: | homeless disable vet |
| * City: | brooklyn |
| *State: | NY |
| Zip Code: | 11210 |
| Email Address: | egault5050@gmail.com |
| Phone:(include area code, no dashes) | |
| Date of Birth (MM/DD/YYYY): | 3\25\1962 |
| SSN:(numbers only, no dashes) | 249299059 |
| Gender (click one): | ☐ Male ☑ Female |

Enter Date as: mm/dd/yyyy
↑
X*XXX

**Case Information**

| | |
|---|---|
| *Fair Hearing #: | 6764916L |
| Case #: | 00014499653F |
| Client ID Number (CIN): | |
| Upstate County or NYC Center #: | |

*Put female*

*Computer Hacking going on with the State of New York*

**Representative/Requestor Information**
(If there is a representative or you are NOT the person listed above.)

| | |
|---|---|
| Name: | |
| Representative Organization: | |
| Street Address: | |
| Suite/Floor/Apt#: | |
| City: | |
| State: | NY |
| Zip Code: | |
| Phone:(include area code, no dashes) | |
| Email Address: | |

Extension:

* I do not feel the local social services agency has complied with my decision because:
(Please be specific and brief, including dollar amounts and dates when possible.)
the local social services has not complied with the decisions of approxiately
twenty or more ruling of the admininstrative law judges in ordering them to
give me food stamps at a rate of two hundred a month and eight hundred dollars
retro welfare cash proven by the many past fair hearing helded leading up to
august 2014 which state and social services are still in non-compliance as of
august 2014 comply please from anthony e gault an american disable homeless-
vetaeran!!!GODBLESS

X*XXX
↓
- Invalid character(s) entered

You have 500 characters remaining for your description...

* Enter the name of person filling out this form
anthony e gault

*I anthony G tried to submitted by Computer aug 27, 2014*

Compliance Request Form                                                    Page 1 of 2

**REQUEST FOR COMPLIANCE**
Office of Administrative Hearings
P.O. BOX 1930
Albany, NY 12201-1930
Fax:(518) 473-6735

Note: For security purposes, you have 15 minutes to complete this form, otherwise your request will not be received and you will need to start over.

* Indicates Required Information. Correct and complete information will permit us to promptly process your request.

**Personal Information**
(If fair hearing is for someone other than the case name, describe who it is for in the comments box below.)

| | |
|---|---|
| *Last Name: | gault |
| *First Name: | anthony |
| Middle Initial: | e |
| *Street Address: | p.o box 100142 |
| Suite/Floor/Apt#: | homeless disable vet |
| * City: | brooklyn |
| *State: | NY |
| Zip Code: | 11210 |
| Email Address: | egault5050@gmail.com |
| Phone:(include area code, no dashes) | |
| Date of Birth (MM/DD/YYYY): | 3/25/1962 |
| SSN:(numbers only, no dashes) | 249299059 |
| Gender (click one): | ● Male ○ Female |

*Handwritten notes on right side: "Problems X XXXX", "Enter Date as: mm/dd/yyyy", "XXXXX Male", "Computer Hacking going on with the state of New York"*

**Case Information**

| | |
|---|---|
| *Fair Hearing #: | 6784916L |
| Case #: | 00014499653F |
| Client ID Number (CIN): | |
| Upstate County or NYC Center #: | |

**Representative/Requestor Information**
(If there is a representative or you are NOT the person listed above.)

| | |
|---|---|
| Name: | |
| Representative Organization: | |
| Street Address: | |
| Suite/Floor/Apt#: | |
| City: | |
| State: | NY |
| Zip Code: | |
| Phone:(include area code, no dashes) | Extension: |
| Email Address: | |

* I do not feel the local social services agency has complied with my decision because:
(Please be specific and brief, including dollar amounts and dates when possible.)
the local social services has not complied with the decisions of approxiately
twenty or more ruling of the adminnistrative law judges in ordering them to
give me food stamps at a rate of two hundred a month and eight hundred dollars
retro welfare cash proven by the many past fair hearing helded leading up to
august 2014 which state and social services are still in non-compliance as of
august 2014 comply please from anthony e gault an american disable homeless-
vetaeran!!!GODBLESS

You have 500 characters remaining for your description...

                                                                - Invalid character(s) entered

* Enter the name of person filling out this form
anthony e gault

*I authy I tried to submitte By Computer Aug 27, 2014*

*From Anthony E Gault*

to put in another application,the reasons unknown,i submitted another application and was given food stamps and denied the cash part of the public assistance in which welfare and social security adminstration had me in the same under ware and clothes for approxiately 4 to 5 months in being homeless the 100 dollars 2Xs a month that i was suppose to get which is not enough,that they denied me which cause me futher hardship, i applied for a fair hearing in august 20,2013,and the adminstrative law judge ruled in my favor order social service to give the approxiately 800 dollars cash to me,january 2014 i submitted a request for welfare to comply with the adminstrative law judge order,february 2014 i recieved a letter from the compliance coordinator that they still refuse to comply in giving me the 800 dollars,the number for the cash fair hearing is FH# 6465719y,the name of the compliance coordinator is mrs ruth potter who sent the letter still refusing to honor the judges decision,as of today march 2014 iapplied for another fair hear number is #6519956k,date 3/04/14,and the adminstrative law ruled that welfare to give me food stamps from october 1,2013 to march 2014 and welfare is still refusing being that some one with in social services has single me out and to use the services of the government to cause me further hardship and have impose a form of discrimination against me using the tools of there occupation this explanation is the only reason i can come up with because of the actions of welfare with in the 30 months of getting some benefits from welfare i have had over 24 fair hearing because of the closing of my case with in the last 30 months also i was attack at 14 boerum place in brooklyn by a supervisor name mr mercado of the fair hearing receptionist who had me assaulted and falsely arrested at trying to resolved some continue issues that have been affecting my means to survive by individuals in welfare possibly connected to a private concern i use to work for who made me disable and homeless who are pulling the strings in welfare in keeping me in hardships by using the tools of welfare in there personal use for discrimination if you have a full investigation into my case with in the last 30 months you will see that every thing i have wrote about is true also im still going to court with the incident at 14 boerum place next court date march 24,2014 against mr mercado of fair hearing in the attacking of me with security,i am writing you the commissioner of social service in using the chain of command of the government prior to writting the attorney general because i dont want it said that i didnt use the proper resource in the department of social service in trying to getting my issue and concerns handle in welfare,your concerns in theses matters would be deeply appreciated,from anthony e gault an american disable homeless veteran address p.o box 100142 brooklyn new york 11210 phone #347 957-9950 GODBLESS

Reply Forward

*see fair hearing case number for Proof of decesion by adminestrative low judge see in Paragraph thank you*

From Dorthy E. Gault

mrs mack there are 2 fair hearing that i have not recieved my cash or food stamps in a decision made by the administrative law judge for social services to pay me the cash and food stamps here are the numbers of the 2 fair hearing that are being held up, i believe they are holding my benefits because of the case because theirs no other reason because i won the 2 mention fair hearing and have submitted 2 compliance request for payment of cash and food stamps to social services and they still refuse to comply with the order of the administrative law judge to give me the 800 dollars cash and the 1200 dollars in food stamps can please look into it and help me get the cash and food stamps they are suppose to be giving me please refer to above mention fair hearing numbers for proof,heres the 2 fair hearing numbers for proof fair hearing#6519956k and fair hearing #6465719y thank you and GODBLESS
Reply Forward

see information of fair hearing Number # of hearing heleld for Proof of decision By administrative law Judge

and see fair hearing request form sent to albany for hearing !!!

Also see attached fair hearing request forms