From Anthony E Gault P.O. Box 100142 Brooklyn N.Y. 11210

Page 1 of 3

#Case 15-CV-00935-PKC-LB

#Case 15-CV-00935-PKC-LB

TO: HONORABLE JUDGE MRS PAMELA K. CHEN OF THE UNITED STATES DISTRICT COURT ((( ,EASTERN ))) AND SOUTHERN OF NEW YORK STATE FROM ANTHONY E GAULT AN AMERICAN DISABLE HOMELESS-VETERAN P.O BOX 100142 BROOKLYN NEW YORK 11210 EMAIL agault155@gmail.com SUBJECT ((( COMBINED AMENDED COMPLAINT ))) I WOULD LIKE TO STATE FOR THE COURT RECORD PRIOR TO ADDRESSING ONE OF THE MANY DOCKET NUMBERS AMENDED REQUEST FROM THE VARIOUS DOCKET NUMBERS THAT I HAVE RECIEVED IN THIS PARTICULAR DOCKET NUMBER ((( 15-CV-00935-PKC-LB ))) I WOULD LIKE TO CORRECT A STATEMENT IN THIS REQUEST FOR AMENDED COMPLAINT ABOUT MY FAILING TO ANSWER ANY THING FROM EITHER COURT FOR THE RECORD I HAVE WITH THE UP-MOST RESPECT FOR THE LAW AND THE JUDGES OF ALL WALKS OF LIFE ANSWER TO THE BEST OF MY ABILITY ALL CORRESPONDENCE THAT REQUIRED A REPLY I RESPECTFULLY REQUEST AND SUGGEST THAT A FULL INVESTIGATION BE IMPLEMENTED WITH IN THE NEW YORK STATE JUDICIAL SYSTEM FOR IMPROVING THE QUALITY OF SERVICES AND PROFESSIONALISM AND TREATMENT OF VICTIMS AND PLANTIFFS AND MOST OF ALL THE ((( ETHICS OF PROVIDDING INFORMATION AND OR ADVISE ))) WITH IN THE COURT HOUSE PRO-SE OFFICE AND WITH ALL EMPLOYEES SERVICING THE PLANTIFFS OF VICTIMS IN FILING CIVIL OR CRIMINAL SUITS OR COMPLAINTS IN COURT AND INVESTIGATING THE ((( TRANSFERING AND RECIEVING OF INFORMATION ))) FOR LAW-SUIT AND INVESTIGATE FOR CRIMINAL MIS-CONDUCT IN JUDICIAL TAMPERING OF PROOF AND EVIDENCE WHICH IS INFORMATION SUBMITTED TO COURT HOUSE EMPLOYEES FOR THERE CASE FROM MY PAST AND PRESENT EXPERIENCE IN WHAT I HAVE ENCOUNTER IN TRYING TO GET LEGAL CASH RELIEF AND RESTITUTION OF EVERY KIND FOR MY RIGHTS BEING VIOLATED CIVIL AND CRIMINALLY THE ACTIONS OF THE ((( PROCESS IN FILING AS PRO-SE OR SEEKING AN ATTORNEY ))) THE EXPERIENCE HAS COMMUNICATED WHAT I CALL ((( METHOD AND CONDITIONS OF COMPLICATED CORRUPTION ))) IN SEEKING TO USE THE LAWS FOR LEGAL RELIEF OF CIVIL AND CRIMINAL IN-JUSTICES THAT HAS BEEN DONE TO ME!!! THE AMENDED COMBINED COMPLAINT OF CASE (((15-CV-00935-PKC-LB ))) THE PROOF OF COMBINING ALL THE DEFENDANTS IN THE LISTED COMPLAINT IS NYPD BEING THE COMMON DENAMINATOR AND CONNECTION IN MACDONALDS AND DUNKIN DONUTS AND FOOD STAMPS/MEDICAID AND FAIR HEARING AND THE BROOKLYN CRIMINAL COURT DISTRICT ATTORNEY OFFICE AND THE INDIVIDUALS LISTED (( WITH IN EACH INCIDENT ))) NONE OF THE INDIVIDUALS KNEW ME PERSONALLY OR PROFESSIONALLY OR CASUALLY WHEN ((( NARDIA MANAGER OF MACDONALDS AND GIRLFRIEND OF NYPD OFFICER ))) STARTED HER ATTACKS IN PUBLIC OF PUBLIC DIS-CRIMINATION AND HARRASSMENT TO ADD TO THE PREVIOUS CRIMINAL CONSPIRACY THAT HAD BEEN ON GOING PRIOR TO THE PART SHE WAS ENLISTED TO DO IN VIOLATIN MY RIGHTS ALSO THE ((( CONVERSATION OF NARDIA IN MACDONALDS WITH ONE OF HER CO-WORKER IN HER NARDIA DIS-CUSSING MY EVERY DAY WHERE ABOUTS FROM HER BOYFRIEND A NEW YORK CITY POLICE OFFICER ))) TELLING HER EVERY WHERE I WENT TO THE LIBRARY AT THE GRAND ARMY PLAZA WHICH IS NOT IN THE NEIGHBOR HOOD OF MACDONALDS ON PITKIT AVENUE ALSO RELAYING OTHER PLACES THAT I GO TO EVERY DAY FROM THE HOMELESS-SHELTER THAT COMMUNICATED TO ME THAT I WAS BEENING FOLLOW AND IT PROVES I WAS BEENING FOLLOW FOR A PERSON IN A FAST FOOD RESTURANT WHO I DO NOT KNOW TO BE TALKING ABOUT ME IN MY FACE AND SPEAKING BAD ABOUT ME AND DO NOT KNOW ME AND HER BOYFRIEND IS A NEW YORK CITY POLICE OFFICER IT ALSO EXPLAINS ALL THE OTHER PLACES THAT THE PEOPLE WHO WERE TOLD TO DO FORMS OF DIS-CRIMINATION WITH HOSTILE FORMS OF HARASSMENT INTO ATTACKING ME EMOTIONALLY WITH RACISM AND PUBLIC HUMILIATION IN RUNNING ME OUT OF THERE BUSINESS ITS THE SAME ATTITUDE OF TACTICS USED DURING SLAVERY WHEN BLACKS COUNDT DRINK OUT OF WATER FOUNDTAIN THAT WERE FOR WHITES AND IF YOU DID YOU WOULD BE MENTALLY AND PHYSICALLY ATTACKED IN THE ATTACK THE MENTAL PART ALSO CREATE PHYSICAL PROBLEMS MY POINT AND MEANING IS THAT BEING THAT THERE ARE APPROCIATELY ((( 40,000 ))) POLICE OFFICERS IN NEW YORK CITY WITH IN THE FIVE BOROUGHS AND BEING THAT I WAS NOT WANTED FOR ANY CRIME AND MY DEMEAMOR AND PERSONALITY AND CHARACTER IN GOING IN THE PUBLIC IS OF A POLITE AND COURTESTY PERSON IN MEETING AND GREETING ANY PERSON THAT IS OF THE SAME WITH ALL OF THESE INDIVIDUALS THEY WERE TOLD TO STEP OUT OF THERE PROFESSIONAL CHARACTER IN ORDER TO COMMIT PUBLIC DIS-CRIMINATION WITH HOSTILE FORMS OF HARASSMENT WITH INSTAGATING POSSIBLE ALTERCATION AND OR JUMPING ME WITH THE CUSTOMERS AND CO-WORKERS SUCH AS ONE OF THE MANY INCIDENT THAT HAVE TRANSPIRED AT

From Anthony E Gault

RECEIVED OCT 30 2015 PRO SE OFFICE

From Anthony E Gault P.O.Box 100142 Brooklyn N.Y. 11210

Page 2 of 3

Case # 15-CV-00935-PKC-LB

15-CV-00935-PKC-LB

MACDONALDS ESPECIALLY ON ((( CHRISTMAS EVE ))) NARDIA IN-CITED THE CUSTOMERS AND HAD HER FAMILY AND OR FRIENDS THERE TO BEAT ME UP FROM HER THREATING ME ON PREVIOUS DAYS OF THE ON GOING OF RUNNING ME OPUT OF MCDONALDS THAT WHAT HER POLICE OFFICER BOYFRIEND HAD BEEN TELLING HER TO DO TO ME THE POLICE HAS BEEN INVOLVED IN ((( CREATING A FALSE HISTORY OF TRYING TO MAKE ME A CRIMINAL AND A DRUG ADDICTICE AND A BUM AND PICK OF CANS AND BOTTLES ))) BY BACK LOGGING OF FALSE INFORMATION AND FOLLOWING AROUND SABOTAGING MY LIFE IN USING THERE TOOLS OF THERE OCCUPATION SINCE I WAS ((( WRONGFULLY TERMINATED AND SET UP BY MY PREVIOUS EMPLOYERSsS ))) THE COMMOND DENOMINATOR OF THE CRIMINAL ATTACK AND ABUSE AND MIS-USE OF POWER AND AUTHORITY HAS COME FROM VARIOUS INDIVIDUALS IN NYPD AND OTHER AUTHORITYS CRIMINALLY USING THE TOOLS OF THERE OCCUPATION IN SETTING ME UP AND THERE CONNECTED TO ALSO DRUGGING UP MY FOOD ALSO ONCE ((( NARDIA THE MACDONALDS MANAGER ))) SAID WHAT SHE SAID AND THE PROOF OF IT IS I WAS LIVING IN ALBANY FOR TEN YEARS SO NONE OF THE ENTITYS OF THE PLACES I WENT TO IN BROOKLYN KNOW ME AND IM BASICALLY A LONGNER AND I WAS RUN OUT OF ALBANY NEW YORK BY PREVIOUS EMPLOYERSsS EVERY THING THAT HAS BEEN TRANSPIRING HAS BEEN ))) AUCUSTRATED AND OR PLANNED BY WHAT APPEAR TO BE IS BY NYPD AND THE NEW YORK STATE TROOPER IN CONNECTION TO SOME LIES THAT WERE TOLD BY INDIVIDUALS WHO WERE IN THAT LAW-FORCEMENT AND CONNECTED TO VARIOUS OTHER INDIVIDUALS IN DIFFERENT ENTITYS OF AUTHORITYS SUCH AS ONE OF MYN PREVIOUS EMPLOYERS NEW YORK CITY DEPARTMENT OF CORRECTION I WAS A OFFICER FOR EIGHT AND HALF YEARS PRIOR TO BEING SET UP AND WRONGFULLY TERMINATED WITH THE ATTACK THAT WAS DONE BY ROBERT MERCADO THE FAIR HEARING SUPERVISOR AND TEN TO TWELVE SECURITY GUARDS AND THE FALSE ARREST AND DENIED MEDICAL ATTENTION THAT TRANSPIRED ON THE DAY I WAS ATTACKED AND BEAT UP OFFICER STALING REFUSED TO TAKE MY COMPLAINT AND REFUSE TO TAKE ME TO THE HOSPITAL THAT DAY HE ALSO HAD ME WAIT WHILE HE WENT AND SPOKE WITH MERCADO WHEN HE CAME UP TO THE FLOOR AND THE ((( ROOM ))) THE THEY HAD ME HAND CUFF IN AFTER BEATING ME UP IN THE LOBBY AND DRAGGING TO THE ELEVATOR S IT IS ALL ON CAMERA FROM BOTH AREA FROM THE START TO THE LOBBY WHERE I WAS PILED ON AND BEAT UP BY TEN TO TWELVE SECURITY GUARDS THEY CLAIMS THE VIDEOS WAS LOSS IT WASNT LOSS THEY DIDNT WANT TO SHOW THE TRUTH OF WHAT THEY DID TO ME IF SO THEY WOULD BE GETTING CHARGED WITH ATTEMP MURDER BEING THAT NYPD WAS BEING USED TO FOLLOW ME AND CREATE CRIMINAL CHARGES TO COVER UP WHAT WAS DONE TO ME IN ALBANY NEW YORK PRIOR TO THE MAKING ME HOMELESS AND DISABLE BY PREVIOUS EMPLOYERS IN ALBANY WHICH IS CONNECTED TO PAST CONSPIRACY OF MY RIGHTS BEING VIOLATED CIVIL AND CRIMINALLY IT IS ALL CONNECTED AND THE BROOKLYN CRIMINAL DISTRICT ATTORNEY OFFICE INTENTIONALLY GATHER FALSE AND INCORRECT INFORMATION FROM THE LIES OF THE INDIVIDUALS TO WIN A FALSE CRIMINAL CASE A INVESTIGATION WILL SHOW THAT ALL ARE CONNECTED FROM THE INFORMATION THAT ((( NARDIA OF MACDONALDS AND HER BOYFRIEND OF NYPD ))) WHO WAS FOLLOWING ME AND IT WILL CONNECT THE REST OF THEN AND THERE HISTORY OF EMPLOYMENT AND LIVING AND MY HISTORY AND EMPLOYMENT AND LIVING IT WILL SHOW THAT THEY WERE TOLD TO DIS-CRIMINATE AGAINST ME AND IT ALSO CONNECTS THEM TO PAST CONSPIRACY OF OTHER CRIMES OF VARIOUS ((( MUDERSsS ))) IN THE PAST MEANING THE PERSON IN LACK AWANNA COUNTY ESSIE LEE GAULT AND MRS MILLINER AND MALCON AND BOBBY THIS MURDERS WHICH HAVE BEEN LIE ABOUT ARE CONNECTED TO ALL THAT HAS BEEN GOING ON WITH THE VIOLATION OF MY RIGHTS CIVIL AND CRIMINALLY ALSO SETTING ME UP WITH OVER ((( HUNDRED AND FIFTY GRAMS OF CRACK COCAINE IN PENNSYLVANIA ))) BY NYPD AND SCRANTON POLICE AND PENNSYLVANIA STATE TROOPER AND MURDER IN LACKAWANNA COUNTY JAIL TO INTIMADATE ME INTO STOP WRITTING POLITICIANS AND CONGRESS PERSONS FOR HELP WHEN I WAS FALSE INCARCERATED IN LACKAWANNA COUNTY IT IS ALL CONNECTED AND THE INDIVIDUALS LISTED IS CONNECTED IN THE PAST CONSPIRACYT OF MUDER AND DRUGS ONCE THEY DID WHAT THEY DID IN RUNNING ME OUT OF THERE RESTURANTS WITH AGRESSIVE AND HOSTILE DIS-CRIMINATION TACTIC OF RACISM I RESPECTFULLY ASK AND REQUEST A FULL INVESTIGATION INTO EVERY THING TO BRING TO JUSTICE THE INDIVIDUALS WHO HAVE BEEN BEHIND ALL OF THIS IN THE CRIMINAL ABUSE AND MIS-USE OF THE TOOLS OF THERE OCCUPATIONS AND POWER AND AUTHORITY OF PAST AND PRESENT IN THIS COMBINED AMENDED COMPLAINT I ALSO ASK THE COURTS

From Anthony E Gault

From Cathy E Gault P.O. Box 100142 Brooklyn NY 11210

FOR ANY AND ALL LEGAL HELP THAT YOU CAN PROVIDE AN AMERICAN DISABLE HOMELESS-VETERAN THAT WAS MADE DISABLE AND HOMELESS BY PREVIOUSsS EMPLOYERSsS IN GETTING LEGAL CASH AND RESTITUTION OF EVERY KIND IN THE ATROCITYSsS THAT HAVE BEEN IMPOSED ON ME FROM THE PAST AND PRESENT YOUR CONCERN IN THESE MATTERS WOULD BE DEEPLY APPRECIATED!!!GODBLESS!!!

Reply   Forward

From Cathy E Gault
P.O. Box 100142
Brooklyn New York 11210
God Bless!!!

Case # 15-CV-00935-PKC-LB

Case # 15-CV-00935-PKC-LB

NEW YORK NY 100
27 OCT 2015 PM 9 L

Amy E Gaulf
[illegible] 142
Bklyn N.Y. 11210

Clerk of U.S. District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn New York 11201

attn: Clerk of U.S.
Courts

USMS

RECEIVED
OCT 30 2015
OFFICE

1120181632